# EXHIBIT A



| | | |
|---|---|---|
| Images | Shopping | Videos | Perspectives | News | Maps | Books | Flights | Finance | All filters | Tools | SafeSearch |

**Did you mean:** **YUZHEN**



### Leyuzhen
Zhangjiagang, Suzhou, Jiangsu, China, 215621

---

**Justia**
https://trademarks.justia.com › owners › hongkong-le...


### HONGKONG LEYUZHEN TECHNOLOGY CO., LIMITED ...

Jul 15, 2016 — Lawyers - Get Listed Now! · (408) 573-5700 · San Jose, CA. Business Law, Intellectual Property, Trademarks.

---

**USPTO .report**
https://uspto.report › ...


### ROTITA - Hongkong Leyuzhen Technology Co., Limited ...

Hongkong **Leyuzhen** Technology Co., Limited ... The mark consists of the wording "ROTITA" with a star over the letter "I". ... >Color is not claimed as a feature of ...

---

**Trademarkia**
https://www.trademarkia.com › company-hongkong-l...


### Trademark owners related to hongkong leyuzhen ...

Manage Cookies. You can choose to enable or disable some or all of these cookies but disabling some of them may affect your browsing experience.

---

**Justia**
https://trademarks.justia.com › rotita-88954974


### ROTITA Trademark of HONGKONG LEYUZHEN TECHNOLOGY ...

ROTITA is a trademark of HONGKONG **LEYUZHEN** TECHNOLOGY CO., LIMITED. Filed in June 9 (2020), the ROTITA covers Aprons; Bathrobes; Belts for clothing; ...

---

**Apple**
https://apps.apple.com › app › rotita-online-shopping


### Rotita - Online Shopping on the App Store

Jan 18, 2024 — Information. Seller: HONGKONG **LEYUZHEN** TECHNOLOGY CO.,LIMITED. Size: 60.8 MB. Category: Shopping. Compatibility. iPhone: Requires iOS 12.0 or ...


MedicalExpo
https://trends.medicalexpo.com › project-76524-447567

### Radiation protection lead clothing series

Lead clothing is an indispensable and best radiation protection tool for hospitals, chemical industries, national defense, etc. More information. Details.


MedicalExpo
https://trends.medicalexpo.com › project-76524-447889

### Spanish order: Advanced Bedside Cabinet

**Leyuzhen**, Zhangjiagang, Suzhou, Jiangsu, China, 215621. Jiangsu Yongfa Medical Equipment Technology Co., Ltd. Associated Trend items. 2023 CMEF Autumn (Yongfa ...

Trademark Elite
https://www.trademarkelite.com › trademark › ROTITA

### By HONGKONG LEYUZHEN TECHNOLOGY CO., LIMITED

The World #1 Free Trademark Search & Tracking, Easy-to-Use Web Based Platform. Our experienced attorneys and specialists can provide you with the best custom- ...


hkcorporationsearch.com
https://www.hkcorporationsearch.com › companies

### HONGKONG LEYUZHEN TECHNOLOGY CO., LIMITED

HONGKONG **LEYUZHEN** TECHNOLOGY CO., LIMITED was incorporated on 24-FEB-2017 as a Private company limited by shares registered in Hong Kong.

## Images

| ROTITA - Hongkong Leyuzhe... | Radiation protection lead clot... | Hot Selling: Medical Trolley Se... |
|---|---|---|
| USPTO .report | New products and trends i... | New products and trends i... |

Feedback

6 more images

More results